1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

SOUTHERN DISTRICT OF CALIFORNIA

8

| UNITED STATES OF AMERICA | ) | Case No. 09CR0996-BTM |

9

Plaintiff,                    )    JUDGMENT AND ORDER OF
                                   )    DISMISSAL OF INDICTMENT AND

10

v.                            )    RECALL ARREST WARRANT
                                   )

11

MARISELA BRAVO-PEREZ,          )
                                   )

12

Defendant.                    )
                                   )

13

)

14
15

Upon motion of the UNITED STATES OF AMERICA and good cause

appearing,

16
17

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be

dismissed without prejudice, and the Arrest Warrant be recalled.

18

IT IS SO ORDERED.

19

DATED: June 22, 2016.

20
21
22

_____

HONORABLE BARRY TED MOSKOWITZ
Chief Judge, United States District Court

23
24
25
26
27
28